# UNITED STATES DISTRICT COURT
for the

SOUTHERN District of OHIO (Cin)

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 1:12cr064 |
| Kevin Huff | ) |
| | ) USM No: 70348-061 |
| Date of Original Judgment: 5/3/2013 | ) |
| Date of Previous Amended Judgment: | ) Laura E. Byrum, Esq. |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  262  months is **reduced to**  210  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  05/03/2013  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: Jan 31, 2015

Effective Date: 11/01/2015
*(if different from order date)*

Judge's signature

Michael R. Barrett, United States District Judge
*Printed name and title*