IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      : CRIMINAL NO: 1:12-CR-064
                                      : JUDGE BARRETT

vs.

KEVIN HUFF

        Defendant.

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties with the exception of any asset forfeiture judgments which may have been imposed.

                                                Respectfully submitted,

                                                BENJAMIN C. GLASSMAN
                                                United States Attorney

                                                s/ Bethany J. Hamilton
                                                BETHANY J. HAMILTON (0075139)
                                                Assistant United States Attorney
                                                Southern District of Ohio
                                                303 Marconi Boulevard, Suite 200
                                                Columbus, Ohio 43215-2401
                                                (614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Kevin Huff, (BOP 70348-061) P.O. Box 38, Fort Dix, New Jersey 08640, by first class mail, postage prepaid, this 19 day of September, 2017.

s/ Bethany J. Hamilton
Bethany J. Hamilton (0075139)
Assistant United States Attorney